```
            UNITED STATES DISTRICT COURT
               DISTRICT OF MINNESOTA
             Civil No. 17-4108 (DSD/BRT)
```

Tanya Renea Youness,

        Plaintiff,

v.                                          **ORDER**

Nancy A. Berryhill,
Acting Commissioner of
Social Security,

        Defendant.

     This matter comes before the court upon the report and recommendation (R&R) of United States Magistrate Judge Becky R. Thorson dated May 18, 2018. No objections have been filed to the R&R in the time period permitted.

     Based on the R&R and the files, records, and proceedings herein, the court now makes and enters the following order.

     **IT IS HEREBY ORDERED** that:

     1.   Plaintiff's Motion for Summary Judgment [ECF No. 13] is granted in part as set forth in the R&R;

     2.   Defendant's Motion for Summary Judgment [ECF No. 16] is denied; and

     3.   This matter is remanded under Sentence Four of 42 U.S.C. § 405(g) for further proceedings consistent with the R&R.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 5, 2018                  s/David S. Doty
                                     David S. Doty, Judge
                                     United States District Court